# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**ROBINETTE LONG,**

    Plaintiff,

v.                                              Case No. 13-cv-0380 RB/SMV

**EASTERN NEW MEXICO UNIVERSITY**
**BOARD OF REGENTS, LEE QUICK,**
**KATHY KNOLL, JULIE GAWEHN,**
**JANE BLAKELEY, and SCOTT SMART,**

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a telephonic Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 13], filed October 11, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order, filed concurrently herewith.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**