IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBINETTE LONG,**

    Plaintiff,

v.                                                            Case No. 13-cv-0380 RB/SMV

**EASTERN NEW MEXICO UNIVERSITY**
**BOARD OF REGENTS, LEE QUICK,**
**KATHY KNOLL, JULIE GAWEHN,**
**JANE BLAKELEY, and SCOTT SMART,**

    **Defendants.**

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:        March 20, 2014, at 9:00 a.m.

**Matter to be heard**:  Defendants' Motion to Extend Deadline for Defendants to Provide Report of Expert Witness [Doc. 33].

**IT IS ORDERED** that a telephonic hearing on Defendants' motion for extension of time [Doc. 33] is hereby set for **March 20, 2014, at 9:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.