IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBINETTE LONG,**

    Plaintiff,

v.                                         Case No. 13-cv-0380 RB/SMV

**EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, LEE QUICK,
KATHY KNOLL, JULIE GAWEHN,
JANE BLAKELEY, and SCOTT SMART,**

    **Defendants.**

## SECOND AMENDED ORDER SETTING TELEPHONIC MOTION HEARING[1]

**Date and time**:    March 27, 2014, at 9:30 a.m.

**Matter to be heard**:    Defendants' Motion to Extend Deadline for Defendants to Provide Report of Expert Witness [Doc. 33] and Defendants' Motion to Compel the Independent Psychological Examination of Plaintiff Robinette Long [Doc. 39]

    **IT IS ORDERED** that a telephonic hearing on Defendants' pending motions [Docs. 33, 39] is hereby set for **March 27, 2014, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

---

[1] The original order was issued on March 4, 2014. [Doc. 34]. It was first amended to change the date and time of the hearing. [Doc. 35]. It is now amended a second time to reflect that the Court will hear argument on both of Defendants' pending motions. *See* [Docs. 33, 39].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.