IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBINETTE LONG,**

    Plaintiff,

v.                                    Case No. 13-cv-0380 RB/SMV

**EASTERN NEW MEXICO UNIVERSITY
BOARD OF REGENTS, LEE QUICK,
KATHY KNOLL, JULIE GAWEHN,
JANE BLAKELEY, and SCOTT SMART,**

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE FOR DEFEDNANTS TO PROVIDE EXPERT REPORT

THIS MATTER is before the Court on Defendants' Amended Motion to Extend Deadline for Defendants to Provide Report of Expert Witness [Doc. 33] ("Motion"), filed on March 3, 2014. The Court, having considered the briefing [Docs. 33, 41, 44], oral argument [Doc. 46], and relevant law, and being otherwise fully advised in the premises, finds that good cause exists to extend the deadline for Defendants to provide the report of their expert. Accordingly, the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for Defendants to provide the report of their expert, Anne Rose, Ph.D., is hereby extended until **May 15, 2014.** The report shall be simultaneously faxed to both counsel of record no later than the deadline.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**