IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBINETTE LONG,**

    Plaintiff,

v.                                                                                Case No. 13-cv-0380 RB/SMV

**EASTERN NEW MEXICO UNIVERSITY**
**BOARD OF REGENTS, LEE QUICK,**
**KATHY KNOLL, JULIE GAWEHN,**
**JANE BLAKELEY, and SCOTT SMART,**

    Defendants.

**ORDER SETTING DATE FOR INDEPENDENT PSYCHOLOGICAL EXAMINATION**
**AND REQUIRING PLAINTIFF TO APPEAR OR SHOW CAUSE**

THIS MATTER is before the Court pursuant to Defendants' Notice of Available Dates for Scheduling and Conducting Independent Psychological Evaluation [Doc. 48] ("Notice"), filed on April 8, 2014. On March 27, 2014, the Court orally granted Defendants' Motion to Compel the Independent Psychological Examination of Plaintiff Robinette Long [Doc. 39] and required the parties to agree on a date to hold the examination. [Doc. 46]. Based on the submissions attached to the Notice, counsel appear unable to constructively resolve their differences and work together to select a date to hold the examination. *See* [Docs. 48-1, 48-2, 48-3]. Counsel are reminded that civility and professionalism are expected by the Court. *See* D.N.M.LR-Civ. 83.9; Initial Scheduling Order [Doc. 10] at 1.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff shall attend an Independent Psychological Examination ("IPE") examination on **April 24, 2014, and April 25, 2014**. The IPE shall be conducted at the offices of Anne Rose, Ph.D., located at 11005

Spain, NE, Albuquerque, NM 87111 in accordance with the terms listed in the Court's prior order granting Defendants' motion to compel. [Doc. 50]. The IPE shall be conducted over two days: commencing April 24, 2014, at 1:00 p.m. through 5:00 p.m. and resuming on April 25, 2014, at 1:00 p.m. through 5:00 p.m. If Plaintiff objects to the foregoing dates and times, she shall show cause no later than **April 14, 2014,** providing specific reasons why she is unable to appear.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**