**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ROBINETTE LONG,**

    Plaintiff,

v.                                                        Case No. 13-cv-0380 RB/SMV

**EASTERN NEW MEXICO UNIVERSITY**
**BOARD OF REGENTS, LEE QUICK,**
**KATHY KNOLL, JULIE GAWEHN,**
**JANE BLAKELEY, and SCOTT SMART,**

    Defendants.

**ORDER VACATING ORDER SETTING DATE**
**FOR INDEPENDENT PSYCHOLOGICAL EXAMINATION**

THIS MATTER is before the Court pursuant to Plaintiff's Objections to Order Setting Dates for Involuntary Mental Examination [Doc. 52], filed on April 12, 2014. At the hearing on March 27, 2014, the Court orally granted Defendants' Motion to Compel the Independent Psychological Examination of Plaintiff [Doc. 39] and Defendants' Motion to Extend Deadline to Provide Report of Expert Witness [Doc. 33]. [Doc. 46]. On April 9, 2014, the Court entered written orders [Docs. 49, 50] granting the motions and set Plaintiff's independent psychological examination for April 24, 2014, and April 25, 2014. [Doc. 51]. The Court also ordered Plaintiff to provide any reasons why she would be unable to appear by April 14, 2014. *Id.*

In response, Plaintiff has expressed her intent to file objections to the Court's Order Granting Defendants' Motion to Extend Deadline . . . [Doc. 49] and Order Granting Defendants' Motion to Compel Independent Psychological Examination . . . [Doc. 50]. *See* [Doc. 52] at 2.

As a result, the Court will vacate its Order Setting Date for Independent Psychological Examination . . . [Doc. 51].

**IT IS THEREFORE ORDERED** that the Order Setting Date for Independent Psychological Examination . . . [Doc. 51] is **VACATED.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**